**Opinion filed November 10, 2016**



# In The

# Eleventh Court of Appeals

_____

## No. 11-16-00170-CV

_____

## JOSHUA OGLE, Appellant

## V.

## CSI INSPECTION, LLC; DUPRÉ ENERGY SERVICES, LLC; AND RALPH FRAZIER, Appellees

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-139,276-A**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that the parties to this appeal have reached an agreement to compromise and settle their differences in this appeal. Appellant requests that we dismiss this appeal and indicates that, pursuant to the parties' agreement, each party shall bear its own costs. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

PER CURIAM

November 10, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.